# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Jane Doe, et al., Plaintiff -vs- Haier US Appliance Solutions Incorporated, et al., Defendants. | CV-22-0202-PHX-JFM<br><br>**Order** |
|---|---|

Under consideration is Plaintiff's Motion to Proceed Pseudonymously filed February 22, 2022 (Doc. 11). The Court has not awaited a response based on the included representation that Defendants consent to the motion's request.

Plaintiff Jane Doe seeks leave to proceed with use of her fictitious name, and that she be referenced by pseudonym in all filings and her minor child by the pseudonym M.C., in light of the sensitive nature of the healthcare matters underlying the instant dispute. Plaintiff represents that Defendants have no objection, and are aware of the true identify of both Jane Doe and M.C.

"[A] party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068–69 (9th Cir. 2000). Here, in light of their consent and knowledge, there appears no prejudice to defendants. Although the public has a general interest in knowing the identity of litigants, there appears no reason to find an unusual interest in this case which would outweigh the potential harm to M.C. from public disclosure of identities, as opposed to the content of the litigation. Accordingly, the motion will be granted, subject to reconsideration as set forth in *Advanced Textile*

*Corp.*.

However, the Court will require sealed disclosures of the identities of Plaintiff and M.C.

**IT IS THEREFORE ORDERED:**

(A)  Plaintiff's Motion to Proceed Pseudonymously (Doc. 11) is **GRANTED**.

(B)  Plaintiff may proceed using the pseudonym Jane Doe, and all parties must refer to Plaintiff Jane Doe and her minor child, M.C., by these fictitious names in all filings.

(C)  Within seven days of the filing of this Order, Plaintiff Jane Doe must file **under seal** a notice providing her true name, and that of her minor child, M.C..

Dated: February 23, 2022

22-0202-011o Order 22 02 22 on Motion to Proceed Pseudonymously.docx

James F. Metcalf
United States Magistrate Judge

- 2 -